UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13388
    ORALETHEA DAVENPORT

                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-7222

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/26/2007 and was confirmed 10/01/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 09/08/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HYUNDAI MOTOR FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 737.07 | .00 | 737.07 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1056.12 | .00 | 1056.12 |
| COLORADO STUDENT LOAN PR | UNSECURED | NOT FILED | .00 | .00 |
| JENNIFER L MCALLISTER & | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/ JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION LLC | UNSECURED | 383.28 | .00 | 383.28 |
| TARGET NATIONAL BANK | UNSECURED | 184.82 | .00 | 184.82 |
| ASSET ACCEPTANCE LLC | UNSECURED | 74.20 | .00 | 74.20 |
| LEGAL REMEDIES CHARTERED | DEBTOR ATTY | 1,774.00 | | 1,774.00 |
| TOM VAUGHN | TRUSTEE | | | 333.06 |
| DEBTOR REFUND | REFUND | | | 441.45 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,984.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 2,435.49 |
| ADMINISTRATIVE | | 1,774.00 |
| TRUSTEE COMPENSATION | | 333.06 |
| DEBTOR REFUND | | 441.45 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 13388 ORALETHEA DAVENPORT

TOTALS                          4,984.00              4,984.00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 12/22/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE